# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAJOR CLARK, LAURA BANTA, M. | : | |
| NASH, THOMAS GRENEVICH, J. YODIS, | : | |
| JOSEPH DUPONT, PA DEPARTMENT | : | |
| OF CORRECTIONS and JOHN WETZEL | : | NO.18-5316 |

## ORDER

**NOW**, this 7th day of August, 2019, upon consideration of the Defendant's Motion to Dismiss (Document No. 11) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims against the Pennsylvania Department of Corrections are **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.