UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1298
_____

QUINTEZ TALLEY,
　　　　　　　　　Appellant

v.

MAJOR CLARK; LAURA BANTA; M. NASH; THOMAS GRENEVICH;
J. YODIS; JOSEPH DUPONT; PA DEPARTMENT OF CORRECTIONS;
JOHN E. WETZEL

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-18-cv-05316)
District Judge: Honorable Timothy J. Savage

_____

Argued on January 20, 2021

Before: SMITH, *Chief Judge*, HARDIMAN, and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 20, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the Dismissal Orders of the District Court entered on January 25, 2019, and August 7, 2019, are REVERSED. The case is

REMANDED to the District Court for further proceedings consistent with the Opinion of this Court.

Costs to be taxed against Appellees.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 14, 2021

Certified as a true copy and issued in lieu of a formal mandate on May 6, 2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Costs taxed in favor of Appellant Quintez Talley as follows:

Brief.............................. $200.18

Reply Brief......................$118.58

Appendix........................$109.48

Total...............................$428.24

2