UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY<br><br>          Plaintiff,<br><br>     v.<br><br>MAJOR CLARK, LAURA BANTA, M. NASH, THOMAS GRENEVICH, J. YODIS, JOSEPH DUPONT, PA DEPARTMENT OF CORRECTIONS, and JOHN WETZEL<br><br>          Defendants. | CIVIL ACTION No. 18-CV-05316 |

## NOTICE OF APPEARANCE

Nicholas A. R. Kato, an attorney at law admitted to practice in this Court, hereby enters his appearance as counsel representing plaintiff Quintez Talley, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with the above-referenced action be served on me.

Dated: June 24, 2021

*/s/ Nicholas A. R. Kato*
Nicholas A. R. Kato
PA Attorney ID No. 327441
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8330
Facsimile: (215) 864-8999
katon@ballardspahr.com

*Attorney for Plaintiff*