**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTEZ TALLEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MAJOR CLARK, LAURA BANTA, M.** | : | |
| **NASH, THOMAS GRENEVICH, J. YODIS,** | : | |
| **JOSEPH DUPONT, PA DEPARTMENT** | : | |
| **OF CORRECTIONS and JOHN WETZEL** | : | **NO. 18-5316** |

## ORDER

**NOW**, this 6th day of March, 2023, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 57), the plaintiff's response, the defendants' reply, the plaintiff's notice of supplemental authority, and the defendants' response to notice of supplemental authority, it is **ORDERED** that the motion is **GRANTED**.

_____
TIMOTHY J. SAVAGE, J.